UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-231-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JULIUS GRANT JACKSON, ) | |
| Defendant. ) | |

The defendant's Motion to Seal [DE-41] documents [DE-36, -37, -38, -39, and -40] is ALLOWED. The Clerk of Court is DIRECTED to file and maintain those documents, as well as [DE-42] under seal, pending further orders of this court.

This matter is on the court's December 5, 2011, term of court for arraignment. The Government is DIRECTED to file its response to Jackson's Motion [DE-36] on or before **November 14, 2011**. The Clerk of Court is DIRECTED to schedule and notice a hearing on this motion at **10:00 a.m.**, or as soon thereafter as the court can reach it, on **November 22, 2011**, in Wilmington, North Carolina. The Government is DIRECTED to file any necessary writs to ensure the defendant's attendance at the hearing.

SO ORDERED.

This, the 1st day of November, 2011.

JAMES C. FOX
Senior United States District Judge