IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | |
| | : | |
| JULIUS GRANT JACKSON, | : | 5:11 CR 231 F |
| Defendant. | : | |

This matter comes before the Court upon the Defendant's Motion to Seal a Brief that was filed in the above styled case on December 28, 2011. After considering the arguments of counsel as stated in the attached memorandum,

The **COURT ORDERS** that the Brief that was filed by the Defendant in the above styled case on December 28, 2011 shall be sealed until a further Order is issued by the Court unsealing the aforementioned Brief.

This is the 29th day of Dec., 2011.

_____
Honorable Judge Fox
United States District Court Judge