IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** : | | |
| Plaintiff, : | **ORDER** | |
| : | | |
| v. : | | |
| : | | |
| **JULIUS GRANT JACKSON,** : | 5:11 CR 231 F | |
| Defendant. : | | |

This matter came before the Court upon the Defendant's motion to seal documents in the above styled case based on information that is contained in an attached memorandum. After considering the Defendant's arguments,

**THE COURT ORDERS,**

1. That the memorandum that was filed in the above styled case, docket entry 62, be sealed until such time as the Court Orders that is to be unsealed,

2. That the memorandum that was attached to the Defendant's motion to seal that was filed on January 5th, 2012, explaining the reasons for such motion, be sealed until such time as the Court Orders it to be unsealed.

This is the 5th day of January, 2012.

_/s/ James C. Fox_
Honorable Judge Fox
United States District Court